**Motion Granted; Order filed May 2, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00269-CV
_____

**SONYA CHANDLER-ANDERSON, Appellant**

**V.**

**CHERYRL BEAUSOLEIL AND SUPERIOR GERIATRIC SERVICES,**
**Appellees**

On Appeal from the 270th District Court
Harris County, Texas
Trial Court Cause No. 2010-16868

## O R D E R

The notice of appeal in this case was filed March 21, 2013. To date, the filing fee of $175.00 has not been paid. Appellant filed a motion requesting an extension of time to pay the filing fee. The motion is granted and the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $175.00 to the Clerk of this court on or before **May 13, 2013.** *See* Tex. R. App. P. 5. If appellant

fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM